IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DENISE A. BRIGHT, individually    )
and on behalf of all others       )
similarly situated,               )
                                  )
              Plaintiffs,         )         8:05CV348
                                  )
        v.                        )
                                  )
CONAGRA FOODS INC.; BRUCE ROHDE;  )
MOGENS C. BAY; STEPHEN G. BUTLER; )
ALICE B. HAYES; W.G. JURGENSEN;   )
CARL E. REICHARDT; HOWARD G.      )
BUFFETT; JOHN T. CHAIN, JR.,      )
STEVEN F. GOLDSTONE; MARK H.      )
RANENHORST; RONALD W. ROSKENS;    )
KENNETH STINSON; DAVID H.         )
BATCHELDER; ROBERT KRANE; CONAGRA )
FOODS EMPLOYEES BENEFITS          )
COMMITTEE; JOHN DOES 1-20,        )
                                  )
              Defendants.         )
_____)
MICHAEL A. RANTALA, individually  )
and on behalf of all others       )
similarly situated,               )
                                  )
              Plaintiffs,         )         8:05CV349
                                  )
        v.                        )
                                  )
CONAGRA FOODS INC.; BRUCE ROHDE;  )         ORDER
MOGENS C. BAY; STEPHEN G. BUTLER; )
ALICE B. HAYES; W.G. JURGENSEN;   )
CARL E. REICHARDT; HOWARD G.      )
BUFFETT; JOHN T. CHAIN, JR.,      )
STEVEN F. GOLDSTONE; MARK H.      )
RANENHORST; RONALD W. ROSKENS;    )
KENNETH STINSON; DAVID H.         )
BATCHELDER; ROBERT KRANE; CONAGRA )
FOODS EMPLOYEES BENEFITS          )
COMMITTEE; JOHN DOES 1-20,        )
                                  )
              Defendants.         )
_____)
```

This matter is before the Court on the joint stipulation and motion regarding extension of time for defendants

to respond to complaint and briefing schedule (Filing No. 21 in 8:05CV348; Filing No. 20 in 8:05CV349). Accordingly,

IT IS ORDERED:

1) The joint motion is granted.

2) Plaintiffs shall file and serve a consolidated amended complaint on or before October 21, 2005.

3) Defendants need not file an answer or other response to the original complaints and shall have until December 5, 2005, to respond to the amended complaint.

4) If defendants file a motion under Fed. R. Civ. P. 12, plaintiffs shall have until January 19, 2006, to file an opposition thereto.

5) Defendants shall have until February 20, 2006, to file and serve a reply to plaintiffs' opposition.

DATED this 28th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court