IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENISE A. BRIGHT, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | 8:05CV348 |
| v. | )<br>)<br>) | |
| CONAGRA FOODS INC.; BRUCE ROHDE; MOGENS C. BAY; STEPHEN G. BUTLER; ALICE B. HAYES; W.G. JURGENSEN; CARL E. REICHARDT; HOWARD G. BUFFETT; JOHN T. CHAIN, JR., STEVEN F. GOLDSTONE; MARK H. RANENHORST; RONALD W. ROSKENS; KENNETH STINSON; DAVID H. BATCHELDER; ROBERT KRANE; CONAGRA FOODS EMPLOYEES BENEFITS COMMITTEE; JOHN DOES 1-20, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |
| MICHAEL A. RANTALA, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | 8:05CV349 |
| v. | )<br>)<br>) | |
| CONAGRA FOODS INC.; BRUCE ROHDE; MOGENS C. BAY; STEPHEN G. BUTLER; ALICE B. HAYES; W.G. JURGENSEN; CARL E. REICHARDT; HOWARD G. BUFFETT; JOHN T. CHAIN, JR., STEVEN F. GOLDSTONE; MARK H. RANENHORST; RONALD W. ROSKENS; KENNETH STINSON; DAVID H. BATCHELDER; ROBERT KRANE; CONAGRA FOODS EMPLOYEES BENEFITS COMMITTEE; JOHN DOES 1-20, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

```
RICHARD J. BOYD,                      )
                                      )
              Plaintiffs,             )        8:05CV386
                                      )
        v.                            )
                                      )
CONAGRA FOODS INC.; BRUCE ROHDE;      )        ORDER
MOGENS C. BAY; STEPHEN G. BUTLER;     )
ALICE B. HAYES; W.G. JURGENSEN;       )
CARL E. REICHARDT; HOWARD G.          )
BUFFETT; JOHN T. CHAIN, JR.,          )
STEVEN F. GOLDSTONE; MARK H.          )
RANENHORST; RONALD W. ROSKENS;        )
KENNETH STINSON; DAVID H.             )
BATCHELDER; ROBERT KRANE; CONAGRA     )
FOODS EMPLOYEES BENEFITS              )
COMMITTEE; JOHN DOES 1-20,            )
                                      )
              Defendants.             )
_____)
```

This matter is before the Court on the stipulation and joint motion regarding extension of time for plaintiffs to file a consolidated amended complaint, for defendants to respond to the consolidated amended complaint, and briefing schedule (Filing No. 24 in 8:05CV348; Filing No. 23 in 8:05CV349; Filing No. 13 in 8:05CV386). Accordingly,

       IT IS ORDERED:

       1) The joint motion is granted.

       2) Plaintiffs shall file and serve a consolidated amended complaint on or before October 28, 2005.

       3) Defendants need not file an answer or other response to the original complaints and shall have until December 12, 2005, to respond to the amended complaint.

       4) If defendants file a motion under Fed. R. Civ. P. 12, plaintiffs shall have until January 26, 2006, to file an opposition thereto.

5) Defendants shall have until February 27, 2006, to file and serve a reply to plaintiffs' opposition.

DATED this 24th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court