IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENISE A. BRIGHT, individually<br>and on behalf of all others<br>similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV348 |
| v. | ) ) ) | |
| CONAGRA FOODS INC.; BRUCE ROHDE;<br>MOGENS C. BAY; STEPHEN G. BUTLER;<br>ALICE B. HAYES; W.G. JURGENSEN;<br>CARL E. REICHARDT; HOWARD G.<br>BUFFETT; JOHN T. CHAIN, JR.,<br>STEVEN F. GOLDSTONE; MARK H.<br>RANENHORST; RONALD W. ROSKENS;<br>KENNETH STINSON; DAVID H.<br>BATCHELDER; ROBERT KRANE; CONAGRA<br>FOODS EMPLOYEES BENEFITS<br>COMMITTEE; JOHN DOES 1-20, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

MICHAEL A. RANTALA, individually
and on behalf of all others
similarly situated,

Plaintiffs,                                    8:05CV349

v.

CONAGRA FOODS INC.; BRUCE ROHDE;
MOGENS C. BAY; STEPHEN G. BUTLER;
ALICE B. HAYES; W.G. JURGENSEN;
CARL E. REICHARDT; HOWARD G.
BUFFETT; JOHN T. CHAIN, JR.,
STEVEN F. GOLDSTONE; MARK H.
RANENHORST; RONALD W. ROSKENS;
KENNETH STINSON; DAVID H.
BATCHELDER; ROBERT KRANE; CONAGRA
FOODS EMPLOYEES BENEFITS
COMMITTEE; JOHN DOES 1-20,

Defendants.

```
RICHARD J. BOYD,                      )
                                      )
              Plaintiffs,             )        8:05CV386
                                      )
         v.                           )
                                      )
CONAGRA FOODS INC.; BRUCE ROHDE;      )        ORDER
MOGENS C. BAY; STEPHEN G. BUTLER;     )
ALICE B. HAYES; W.G. JURGENSEN;       )
CARL E. REICHARDT; HOWARD G.          )
BUFFETT; JOHN T. CHAIN, JR.,          )
STEVEN F. GOLDSTONE; MARK H.          )
RANENHORST; RONALD W. ROSKENS;        )
KENNETH STINSON; DAVID H.             )
BATCHELDER; ROBERT KRANE; CONAGRA     )
FOODS EMPLOYEES BENEFITS              )
COMMITTEE; JOHN DOES 1-20,            )
                                      )
              Defendants.             )
_____)
```

This matter is before the Court on the stipulation of the parties (Filing No. 61 in 8:05CV348; Filing No. 57 in 8:05CV349; Filing No. 52 in 8:05CV386) to extend deadline for responding to request for production of documents.  The Court finds said stipulation should be adopted.  Accordingly,

IT IS ORDERED the stipulation of the parties is adopted; defendants shall have until October 9, 2006, to serve written responses and/or objections to the document requests of plaintiffs.

DATED this 4th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court